UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SPECIALTYCARE, INC.; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendant - Appellee. | No. 26-4722<br><br>D.C. No. 4:24-cv-09342-JST<br>Northern District of California, Oakland<br><br>ORDER |

The motion (Docket Entry No. 10) for an extension of time to file the opening brief is granted.

The opening brief is due November 30, 2026. The answering brief is due December 30, 2026. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT